1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                           )<br>                    Plaintiff,           )<br>                                                           )<br>           v.                                     )<br>                                                           )<br> 219 ASSORTED FIREARMS,     )<br>                                                           )<br>                    Defendants.      )<br>_____) | NO.<br><br>NOTICE OF VERIFIED COMPLAINT<br>FOR FORFEITURE <u>IN</u> <u>REM</u> |

David Devenny
C/O James L. Vonasch
James L. Vonasch, Attorney at Law
Maynard Building, Suite 200
119 First Avenue South
Seattle, Washington 98104

David Devenny
9610 Old Highway 99
Olympia, Washington 98501

Ken Gussoni
C/O Legrand Jones
The Evergreen Law Group, P.S.
203 4th Ave. E. , Ste. 204
Olympia, Washington 98501

Ken Gussoni
140 Broad Street S.
Bremerton, Washington 98312

Roy Alloway
9468 Phillips Road SE
Port Orchard, Washington 98367

---

NOTICE OF VERIFIED COMPLAINT FOR FORFEITURE <u>IN</u> <u>REM</u> - 1
U.S. v. 219 ASSORTED FIREARMS, et al.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

A civil complaint seeking forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), alleging that the defendant firearms were involved in a knowing violation of Unlawful Dealing in Firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A), was filed on April 29, 2011. Said civil complaint was filed in the United States District Court for the Western District of Washington, by Assistant United States Attorney Francis Franze-Nakamura, on behalf of the United States of America, Plaintiff, against the above-captioned defendant property.  The complaint alleges that the defendant property may, for the causes stated in the complaint, be forfeited to the United States.

In order to avoid forfeiture of the defendant currency, any person claiming an interest in the defendant currency must file a statement of interest or right in the manner set forth in Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, except that such claim must be filed not later than 35 days after the date of service of the complaint or, as applicable, not later than 60 days after the first day of publication of notice of the filing of the complaint on an official internet government forfeiture site (currently www.forfeiture.gov).  In addition, any person having filed such a claim shall also file an answer to the complaint not later than 21 days after the filing of the claim.

Supplemental Rule G(5)(a) provides in pertinent part: "(i) A person who asserts an interest in the defendant property may contest the forfeiture by filing a claim in the court where the action is pending. The claim must: (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; (C) be signed by the claimant under penalty of perjury; and (D) be served on the government attorney...." Supplemental Rule G(5)(b) continues: "A claimant must serve and file an answer to the complaint or a motion under Rule 12 within 21 days after filing the claim."

Claims should be filed with the Office of the Clerk, United States District Court for the Western District of Washington, 700 Stewart Street, Lobby Level, Seattle, Washington, 98101, and a copy should be served on the United States Attorney's Office,

NOTICE OF VERIFIED COMPLAINT FOR FORFEITURE IN REM - 2
U.S. v. 219 ASSORTED FIREARMS, et al.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1 | Attention: Francis Franze-Nakamura, Asset Forfeiture Unit, 700 Stewart Street,
2 | Suite 5220, Seattle, Washington 98101-1271.
3 |     Additional procedures and regulations regarding this forfeiture action are found at
4 | Title 18, United States Code, Section 983.
5 |     DATED this 29th day of April, 2011.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

*s/ Francis Franze-Nakamura*
FRANCIS FRANZE-NAKAMURA
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: (206) 553-2242
Fax: (206) 553-6934
Francis.Franze-Nakamura@usdoj.gov

NOTICE OF VERIFIED COMPLAINT FOR FORFEITURE IN REM - 3
U.S. v. 219 ASSORTED FIREARMS, et al.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970