

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. McCOOL
Clerk, U.S. District Court
Western District of Washington
By _____
Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. C11-5335 BHS |
| Plaintiff, ) | |
| ) | WARRANT OF ARREST |
| v. ) | IN REM |
| 219 ASSORTED FIREARMS, ) | |
| Defendants. ) | |

TO: UNITED STATES BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, Western District of Washington

WHEREAS, a Verified Complaint of Forfeiture In Rem has been filed on April 29, 2011 in the United States District Court for the Western District of Washington, alleging that the defendant firearms are subject to seizure and forfeiture to the United States pursuant to pursuant to Title 18, United States Code, Section 924(d)(1), alleging that the defendant firearms were involved in a knowing violation of Unlawful Dealing in Firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A).

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest and seize the defendant firearms; and

YOU ARE FURTHER COMMANDED to provide notice of this action to all persons thought to have an interest in or claim against the defendant properties, to file a verified claim/statement of interest with the Clerk of the Court pursuant to Rule G(5) of

WARRANT OF ARREST IN REM - 1
U.S. v. 219 ASSORTED FIREARMS, et al.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture
2  Actions; and that you promptly after execution of this process file the same in this Court
3  with your return thereon.

WILLIAM M. McCOOL
UNITED STATES DISTRICT COURT CLERK

By: *Rachel Evans* (signature)
DEPUTY CLERK

Presented by:

*s/ Francis Franze-Nakamura*
FRANCIS FRANZE-NAKAMURA
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: (206) 553-2242
Fax: (206) 553-6934
Francis.Franze-Nakamura@usdoj.gov

NOTE: This warrant is issued pursuant to Rule G(3) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure.   DATED this ____ day of April, 2011.

WARRANT OF ARREST IN REM - 2
U.S. v. 219 ASSORTED FIREARMS, et al.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970